**Entered on Docket
June 23, 2010**

_____
**Hon. Bruce A. Markell
United States Bankruptcy Judge**

PITE DUNCAN, LLP
ACE VAN PATTEN (NV Bar #11731)
EDDIE R. JIMENEZ (NV Bar #10376)
701 Bridger Avenue, Suite 670
Las Vegas, Nevada 89101
Telephone: (858) 750-7600
Facsimile:  (619) 590-1385
E-mail:  ecfnvb@piteduncan.com

MAILING ADDRESS:
4375 Jutland Drive, Suite 200
P.O. Box 17933
San Diego, California 92177-0933

Attorneys for   Secured Creditor WELLS FARGO BANK, NATIONAL ASSOCIATION, SUCCESSOR BY MERGER TO WACHOVIA MORTGAGE, FSB, FKA WORLD SAVINGS BANK, FSB

UNITED STATES BANKRUPTCY COURT

DISTRICT OF NEVADA

| | |
|---|---|
| In re<br><br>ANALIZA BROWN ,<br><br>     Debtor(s). | Bankruptcy Case No. BK-S-10-16854-bam<br>Chapter 7<br><br>WELLS FARGO BANK, NATIONAL ASSOCIATION, SUCCESSOR BY MERGER TO WACHOVIA MORTGAGE, FSB, FKA WORLD SAVINGS BANK, FSB'S ORDER VACATING AUTOMATIC STAY<br>Date:   June 8, 2010<br>Time:  1:30 p.m. |

1    A hearing on Secured Creditor Wells Fargo Bank, National Association, successor by merger to Wachovia Mortgage, FSB, fka World Savings Bank, FSB's Motion for Relief From the Automatic Stay came on regularly for hearing in the United States Bankruptcy Court before the Honorable Bruce A. Markell, Ace Van Patten appearing on behalf of Secured Creditor.

The court having duly considered the papers and pleadings on file herein and being fully advised thereon and finding cause therefor:

IT IS HEREBY ORDERED, ADJUDGED AND DECREED that the Automatic Stay of Title 11 U.S.C. Section 362 is hereby terminated as it applies to the enforcement by Secured Creditor, of all its rights in the subject property, generally described as 908 Eaglewood Drive, Las Vegas, Nevada 89144, and legally described as follows:

> LOT FORTY-THREE (43) IN BLOCK ONE (1) OF QUAIL RIDGE AS SHOWN BY MAP THEREOF ON FILE IN BOOK 85 OF PLATS, PAGE 73, IN THE OFFICE OF THE COUNTY RECORDER, CLARK COUNTY, NEVADA.

APPROVED/DISAPPROVED        APPROVED/DISAPPROVED

_____        _____
GARY S FINK                            JOSEPH B. ATKINS
DEBTOR(S) ATTORNEY            TRUSTEE

/./././
/./././
/./././
/./././
/./././
/./././
/./././
/./././
/./././

<u>ALTERNATIVE METHOD re: RULE 9021</u>:

In accordance with LR 9021, counsel submitting this document certifies as follows (check one):

☐ The court has waived the requirement of approval under LR 9021.

☐ I certify that I have served a copy of this order with the motion, and no parties appeared or filed written objections.

☒ This is a chapter 7 or 13 case, and either with the motion, or at the hearing, I have delivered a copy of this proposed order to all counsel who appeared at the hearing, any unrepresented parties who appeared at the hearing, and each has approved or disapproved the order, or failed to respond, as indicated below [list each party and whether the party has approved, disapproved, or failed to respond to the document]:

☐ This is a chapter 9, 11, or 15 case, and I have delivered a copy of this proposed order to all counsel who appeared at the hearing, any unrepresented parties who appeared at the hearing, and each has approved or disapproved the order, or failed to respond, as indicated below [list each party and whether the party has approved, disapproved, or failed to respond to the document]:

☐ Approved.

☐ Disapproved.

☒ Failed to respond. – Debtor's Attorney/Trustee

###

Submitted by:

/s/ Ace Van Patten
4375 Jutland Drive, Suite 200
P.O. Box 17933
San Diego, CA 92177-0933
(858) 750-7600
NV Bar 11731
Attorney for WELLS FARGO BANK, NATIONAL ASSOCIATION, SUCCESSOR BY MERGER TO WACHOVIA MORTGAGE, FSB, FKA WORLD SAVINGS BANK, FSB